Argued and submitted June 2, 1987, affirmed by an equally divided court
November 16, 1988

MARTIN,
*Respondent on Review,*

*v.*

BOHRER,
*Petitioner on Review.*

(TC No. 82-1602; CA A36075; SC S33831)

764 P2d 550

Larry A. Brisbee, Hillsboro, filed the petition and argued the cause for petitioner on review.

Ronald L. Bohy, Salem, argued the cause for respondent on review.

Affirmed by an equally divided court.